**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ABDUL IDEEN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| | ) |
|        v. | ) Civil Action No. 07-142E |
| | ) Chief Judge Ambrose |
| GOVENER ED RENDEL, et al., | ) Magistrate Judge Caiazza |
| | ) |
|     Defendants. | ) |

**ORDER**

By order of court, a rule was issued upon the Plaintiff to show good cause why this case should not be dismissed because of his failure to comply with this court's order dated June 8, 2007 [Doc. 2] that directed him to pay the $350.00 filing fee or move to proceed in forma paupers.  The rule was returnable by July 18, 2007.

Having failed to respond, show good cause, pay the $350.00 filing fee or move to proceed in forma paupers , IT IS HEREBY ORDERED that this case is DISMISSED.

July 24, 2007

_Donetta F. Ambrose_
Donetta W. Ambrose
Chief U.S. Magistrate Judge

cc:
ABDUL IDEEN CW-6127
SCI Huntingdon
P.O. Box 999
1120 Pike Street
Huntingdon, PA 16652